ELDRIDGE HINDLEY V. THE STATE.

No. 22337. Delivered December 16, 1942.

The opinion states the case.

*Aubrey Davee*, of Brady, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

For unlawfully selling a pint of whisky in a dry area appellant was assessed a fine of $200.00.

There are no bills of exception accompanying the record. The uncontradicted testimony shows the sale of the whisky as alleged in the information.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.